**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Manuel Ugalde Garcia, | Case No. 2:26-cv-01922-JAD-BNW |
| Petitioner | |
| v. | **Order Granting Motion to Dismiss Case as Duplicative** |
| Todd Blanche, et al., | |
| Respondents | [ECF No. 5] |

Petitioner Manuel Ugalde Garcia filed this petition for federal habeas corpus relief from his immigration detention.  I appointed the Federal Public Defender (FPD) as counsel and ordered the FPD to file an amended petition or a motion to dismiss if necessary.[1]  On July 6, 2026, counsel filed a motion to dismiss this case as duplicative, explaining that Garcia filed a similar petition in Case No. 2:26-cv-01243-APG-EJY.[2]  The FPD is also representing Garcia in that case and confirms that, though the pro se pleadings are not identical, "the documents in both cases raise similar claims about the same period of prolonged detention in the same immigration proceedings."[3]  With good cause appearing, IT IS ORDERED that **this case is DISMISSED** without prejudice as duplicative.  **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
July 14, 2026

---

[1] ECF No. 3.

[2] ECF No. 5.

[3] *Id.* at 2.